

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE INTEREST OF I. K. AND E. K., CHILDREN, | § | No. 08-22-00055-CV |
| | § | Appeal from the |
| Appellant. | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2019DCM7783) |
| | § | |

**O RDER**

The Court received and filed the supplemental clerk's record as requested in its order issued May 19, 2022. The appeal is therefore reinstated, and the Record is now due July 20, 2022.

IT IS SO ORDERED this 20th day of June, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.